# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALISON MCDONALD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAG ENTERPRISES, INC. d/b/a CHEERLEADERS GENTLEMEN'S CLUB,<br><br>Defendant. | Case No.<br><br><br>Complaint – Class Action<br><br><br>Jury Demanded |

## CONSENT TO BECOME A PARTY PLAINTIFF

I, Alison McDonald, consent to sue as a Plaintiff in this action, pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201 *et seq.*

By my signature below, I hereby authorize counsel to prosecute the claims in my name and on my behalf, in this action, for Defendants' failure to pay overtime wages as required under federal law.

DATE: 7/31/13

By: Alison McDonald
Print Name

By: *[signature]*
Signature